man, for appellant. P. M. Herzog, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ROSS, Respondent, v. BECKWITH et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Reuben Ross against James P. Beckwith and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re ROSSELL. (Supreme Court, Appellate Division, Third Department. November 25, 1908.) In the matter of the judicial settlement of the accounts of Sarah J. Rossell, as executor of the will of Elizabeth Gamble, deceased, by Isaac S. Rossell and James Young, executors, etc., of Sarah J. Rossell, deceased. No opinion. Motion denied, with $10 costs. See, also, 126 App. Div. 607, 110 N. Y. Supp. 706.

ROTHBARD, Respondent, v. ABELS GOLD REALTY CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Louis Rothbard against Abels Gold Realty Company. No opinion. Motion denied.

ROTHSCHILD v. EMPIRE STATE GARAGE. (Supreme Court, Appellate Term. November 24, 1908.) Appeal from Municipal Court, Borough of Manhattan, Fifth District. Action by Gertrude T. Rothschild against the Empire State Garage. Judgment for plaintiff, and defendant appeals. Reversed, and new trial ordered. Kneeland, La Fetra & Glaze (Edward B. La Fetra, of counsel), for appellant. Page, Crawford & Tuska (Benjamin Tuska and Abraham Tulin, of counsel), for respondent.

PER CURIAM. The action is brought to recover the value of specified parts of the battery of an electric automobile, which were lost while the automobile was stored with defendant warehouseman, and for the value of three tires claimed to have been made useless, while the automobile was so stored with defendant, through the negligence of said defendant. There was also a claim of loss of the use of the automobile for 15 days at $5 a day; but this latter claim was abandoned at the trial. The amount of plaintiff's revised claim was $153. The justice allowed plaintiff $113.70 damages, which, with $19.41 costs, made up a judgment in plaintiff's favor for $133.11. Defendant appeals. The proof as to the amount of damages is so incomplete and unsatisfactory that it fails to support the judgment and renders a new trial necessary. Judgment reversed, and new trial ordered, with costs to abide the event.

RYAN, Respondent, v. CARR, Appellant, et al. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by James A. Ryan against Walter C. Carr, impleaded with others. J. Gillin, for appellant. R. T. Greene, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SCHAEFER et al., Respondents, v. KRESS, Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by Michael Schaefer and Joseph Laux, copartners, etc., against Henry G. Kress. No opinion. Judgment of the Municipal Court affirmed, with costs.

SCHENKEL v. LANGWEIL. (Supreme Court, Appellate Term. November 24, 1908.) Appeal from Municipal Court, Borough of Manhattan, Second District. Action by Jacob Schenkel against Samuel Langweil. From the judgment rendered, plaintiff appeals. Reversed, and new trial ordered. Max Schleimer, for appellant. Henry A. Friedman, for respondent.

PER CURIAM. By a clear preponderance of proof plaintiff has shown that he bought a certain baby carriage of the F. A. Whitney Company, and that, through an error, said carrriage was delivered to defendant, from whom plaintiff has duly demanded the carriage; but defendant refuses to give it to plaintiff, claiming that it was one that had been bought by defendant. Indeed, the court below itself stated that the only issue was as to the value of the carriage, thereby apparently conceding plaintiff's title to the same. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

In re SCHERER. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) In the matter of the petition of Charles Scherer for leave to examine the books of account of the A. L. Reed Company. No opinion. Order affirmed, with $10 costs and disbursements.

SCHILDMACHER, Respondent, v. S. LIEBMANN'S SONS BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by John H. Schildmacher, as administrator, etc., of Frederick Schildmacher, against S. Liebmann's Sons Brewing Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re SCHOOL SITE, EAST 105TH ST. (Supreme Court, Appellate Division, First Department. November 13, 1908.) In the matter of the school site on East 105th street. No opinion. Reference ordered. Settle order on notice.

In re SCHOOL SITE. In re McGINNIS. (Supreme Court, Appellate Division, First Department. November 13, 1908.) In the matter of the school site. In the matter of McGinnis. No opinions. Motions granted. Settle order on notice.

SCHREIBER et al., Appellants, v. LONG ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 3, 1908.) Action by Christopher Schreiber and another against the Long Island Railroad Company. No opinion. Motion denied, with $10 costs. See, also, 127 App. Div. 286, 111 N. Y. Supp. 123.